ROB BONTA, State Bar No. 202668
Attorney General of California
SEAN W. LODHOLZ, State Bar No. 299096
Supervising Deputy Attorney General
ERICK J. RHOAN, State Bar No. 283588
Deputy Attorney General
2550 Mariposa Mall, Room 5090
Fresno, CA 93721-2271
Telephone: (559) 705-2359
Fax: (916) 731-3641
E-mail: Erick.Rhoan@doj.ca.gov
*Attorneys for Defendants Broomfield, Cavanaugh, Duran, Espino, Ferrel, Gates, Guillen, Pena, Silva, and the California Department of Corrections and Rehabilitation (also erroneously sued as the Allegation Inquiry Management Section, Office of Internal Affairs, and State of California)*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **JAMIE OSUNA,**<br><br>Plaintiff,<br><br>**v.**<br><br>**CDCR, et al.,**<br><br>Defendants. | 2:26-cv-03023-DAD-CSK<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION TO REMAND**<br><br>Judge: The Honorable Chi Soo Kim<br>Trial Date: TBD<br>Action Filed: January 16, 2026 |

**TO PLAINTIFF JAMIE OSUNA APPEARING IN PRO SE:**

**PLEASE TAKE NOTICE** that under Federal Rule of Evidence 201(b), Defendants Broomfield, Cavanaugh, Duran, Espino, Ferrel, Gates, Guillen, Pena, Silva, and the California Department of Corrections and Rehabilitation (also erroneously sued as the Allegation Inquiry Management Section, Office of Internal Affairs, and State of California), requests the Court to take judicial notice of the attached Exhibits A to G taken from *Osuna v. State of California, et al.*, Sacramento County Superior Court Case No. 25CV017927, in support of their opposition to Plaintiff's Motion to Remand.

Federal Rule of Evidence 201 permits the Court to take judicial notice at any time. A judicially noticed fact must be one not subject to reasonable dispute in that it is either: (1) generally known within the territorial jurisdiction of the trial court; or (2) capable of accurate and ready determination by resort to sources whose accuracy reasonably cannot be questioned. Fed. R. Evid. 201(b). A court may take judicial notice of court records. *United States v. Wilson*, 631 F.2d 118, 119 (9th Cir. 1980).

Defendants respectfully request that the Court take judicial notice of the following records:

| Exhibit | Description |
| --- | --- |
| A. | Docket sheet for *Osuna v. State of California, et al.*, Sacramento County Superior Court Case No. 25CV017927. |
| B. | February 5, 2026 proof of mail service on Defendants Duran and Ferrel. |
| C. | March 30, 2026 declaration of Jamie Osuna Re: Mailing Through Institutional Legal Mail Processes and Return of USPS Envelopes. |
| D. | April 7, 2026 filing, Default Judgment Status and Declaration of Plaintiff Jamie Osuna in Support of Request for Entry of Default and Court Judgment Against Named Defendants. |
| E. | May 27, 2026 rejection notice, Notice of Rejection – Default/Judgment. |
| F. | June 26, 2026 filing, Request for Entry of Default. |
| G. | September 30, 2026 rejection, Notice of Rejection – Default/Judgment. |

Dated: October 2, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
SEAN W. LODHOLZ
Supervising Deputy Attorney General

***/s/ Erick J. Rhoan***
ERICK J. RHOAN
Deputy Attorney General
*Attorneys for Defendants Broomfield, Cavanaugh, Duran, Espino, Ferrel, Gates, Guillen, Pena, Silva, and the California Department of Corrections and Rehabilitation (also erroneously sued as the Allegation Inquiry Management Section, Office of Internal Affairs, and State of California)*

SA2026401604
95748896

# EXHIBIT A

# Sacramento Superior Court

Journal Technologies

**25CV017927** OSUNA vs DURAN, et al.

**Unlimited Civil** (Other Complaint (non-tort/non...)

Tani G. Cantil-Sakauye Courth... / DEPT 8D - HON. Julie G. Yap

Filed: 07/28/2025

Back

Case Summary

Documents | Register of Actions | Case Participants | Hearings | Tentative Rulings

| Date | Message | Category |
|---|---|---|
| 09/30/2026 | Notice of Rejection - Request for Default/Judgment<br>Filed by: Clerk | Document |
| 09/04/2026 | Case Management Conference scheduled for 10/16/2026 at 09:00 AM in Tani G. Cantil-Sakauye Courthouse at Department 8D Not Held - Vacated by Court on 09/04/2026 | Event |
| 09/03/2026 | Notice of Removal to Federal Court<br>Filed by: California Department of Corrections and Rehabilitation (CDCR) (Defendant); R. Broomfield (Defendant); Sarah Gates (Defendant) et al. | Document |
| 09/03/2026 | The case is placed in special status of: Stay - Removal to Federal Court | Case |
| 08/31/2026 | Request for Dismissal<br>Filed by: Jamie Isuna CDCR BD0868 (Plaintiff)<br>As to: Tammy Campbell (Defendant); Erik Beam (Defendant); Sgt. Hamilton (Defendant) et al. | Document |
| 08/31/2026 | On the Amended Complaint (1st) filed by Jamie Osuna on 01/16/2026, entered Request for Dismissal without prejudice filed by Jamie Isuna CDCR BD0868 as to Tammy Campbell, Erik Beam, Sgt. Hamilton, Officer Gomez, J. Gutierrez, A. Guerrero, Officer Aguilar, and John and Jane DOES 1-50 | Dismissal |
| 08/24/2026 | Proof of Personal Service<br>Filed by: Jamie Isuna CDCR BD0868 (Plaintiff)<br>As to: Office of Internal Affairs (OIA) (Defendant)<br>Service Date: 08/04/2026 | Document |
| 08/24/2026 | Proof of Personal Service<br>Filed by: Jamie Isuna CDCR BD0868 (Plaintiff)<br>As to: Ryan Silva (Defendant)<br>Service Date: 08/04/2026 | Document |
| 08/24/2026 | Proof of Personal Service<br>Filed by: Jamie Isuna CDCR BD0868 (Plaintiff)<br>As to: Allegation Inquiry Management Section (AIMS) (Defendant)<br>Service Date: 08/04/2026 | Document |
| 08/24/2026 | Proof of Personal Service<br>Filed by: Jamie Isuna CDCR BD0868 (Plaintiff)<br>As to: R. Broomfield (Defendant)<br>Service Date: 08/04/2026 | Document |
| 08/24/2026 | Proof of Personal Service<br>Filed by: Jamie Isuna CDCR BD0868 (Plaintiff)<br>As to: Crescent Cavanaugh (Defendant)<br>Service Date: 08/04/2026 | Document |

| Date | Message | Category |
|---|---|---|
| 08/24/2026 | Proof of Personal Service<br>Filed by: Jamie Isuna CDCR BD0868 (Plaintiff)<br>As to: R. Espin (Defendant)<br>Service Date: 08/04/2026 | Document |
| 08/24/2026 | Proof of Personal Service<br>Filed by: Jamie Isuna CDCR BD0868 (Plaintiff)<br>As to: Sarah Gates (Defendant)<br>Service Date: 08/04/2026 | Document |
| 08/24/2026 | Proof of Personal Service<br>Filed by: Jamie Isuna CDCR BD0868 (Plaintiff)<br>As to: Pena (Defendant)<br>Service Date: 08/04/2026 | Document |
| 08/24/2026 | Proof of Personal Service<br>Filed by: Jamie Isuna CDCR BD0868 (Plaintiff)<br>As to: Art Guillen (Defendant)<br>Service Date: 08/04/2026 | Document |
| 08/24/2026 | Proof of Personal Service<br>Filed by: Jamie Isuna CDCR BD0868 (Plaintiff)<br>As to: State of California (Defendant)<br>Service Date: 08/05/2026 | Document |
| 08/24/2026 | Proof of Personal Service<br>Filed by: Jamie Isuna CDCR BD0868 (Plaintiff)<br>As to: California Department of Corrections and Rehabilitation (CDCR) (Defendant)<br>Service Date: 08/04/2026 | Document |
| 06/29/2026 | Proof of Personal Service<br>Filed by: Jamie Isuna CDCR BD0868 (Plaintiff)<br>As to: John and Jane DOES 1-50 (Defendant)<br>Service Date: 05/28/2026 | Document |
| 06/25/2026 | Request for Entry of Default / Judgment (Only) Angel<br>Filed by: Jamie Isuna CDCR BD0868 (Plaintiff)<br>As to: Angel Alex Duran (Defendant)<br>Judgment Type: Default Only<br>Entry of Default Requested?: Yes | Document |
| 06/25/2026 | Default not entered as to Angel Alex Duran<br>On the Amended Complaint (1st) filed by Jamie Osuna on 01/16/2026 | Default |
| 06/25/2026 | Updated -- Request for Entry of Default / Judgment (Only) Angel:<br>Status changed from Filed to Signed and Filed | Document |

| Date | Message | Category |
|---|---|---|
| 06/25/2026 | Request for Entry of Default / Judgment (Only) Hector<br>Filed by: Jamie Isuna CDCR BD0868 (Plaintiff)<br>As to: Hector Ferrel (Defendant)<br>Entry of Default Requested?: Yes<br>Judgment Type: Default Only | Document |
| 06/25/2026 | Default entered as to Hector Ferrel<br>On the Amended Complaint (1st) filed by Jamie Osuna on 01/16/2026 | Default |
| 06/25/2026 | Updated -- Request for Entry of Default / Judgment (Only) Hector:<br>Status changed from Filed to Signed and Filed | Document |
| 06/18/2026 | Proof of service<br>Filed by: Clerk<br>As to: Jamie Isuna CDCR BD0868 (Plaintiff) | Document |
| 06/18/2026 | Updated -- (Returned mail) Proof of service:<br>Exact Name changed from Proof of service to (Returned mail) Proof of service | Document |
| 06/15/2026 | Proof of Personal Service<br>Filed by: Jamie Isuna CDCR BD0868 (Plaintiff)<br>As to: Hector Ferrel (Defendant)<br>Service Date: 05/08/2026 | Document |
| 06/08/2026 | Proof of Personal Service Duplicate<br>Filed by: Jamie Isuna CDCR BD0868 (Plaintiff)<br>As to: Angel Alex Duran (Defendant)<br>Service Date: 05/21/2026 | Document |
| 06/01/2026 | Proof of Personal Service<br>Filed by: Jamie Isuna CDCR BD0868 (Plaintiff)<br>As to: Angel Alex Duran (Defendant)<br>Service Date: 05/21/2026 | Document |
| 05/27/2026 | Notice of Rejection - Request for Default/Judgment<br>Filed by: Clerk | Document |
| 04/24/2026 | Other - cert copy req<br>Filed by: Jamie Isuna CDCR BD0868 (Plaintiff) | Document |
| 04/21/2026 | Address for Jamie Isuna CDCR BD0868 (Plaintiff) updated | Party |
| 04/21/2026 | Updated -- Jamie Isuna CDCR BD0868 (Plaintiff):<br>First Name: blank<br>Last Name: blank<br>Organization Name: Jamie Isuna CDCR BD0868 | Party |

| Date | Message | Category |
|---|---|---|
| 04/20/2026 | Declaration re: Court Appearances<br>Filed by: Jamie Osuna (Plaintiff) | Document |
| 04/14/2026 | Initial Case Management Conference scheduled for 04/14/2026 at 01:30 PM in Tani G. Cantil-Sakauye Courthouse at Department 8D | Event |
| 04/14/2026 | Minute Order (Initial Case Management Conference) | Minute Order |
| 04/14/2026 | Case Management Conference scheduled for 10/16/2026 at 09:00 AM in Tani G. Cantil-Sakauye Courthouse at Department 8D | Event |
| 04/13/2026 | Tentative Ruling (Initial Case Management Conference) | Tentative Ruling |
| 04/13/2026 | Case reassigned to Tani G. Cantil-Sakauye Courthouse in Department 8D - Hon. Julie G. Yap<br>Reason: Other | Assignment |
| 04/07/2026 | Declaration of Plaintiff Jaime Osuna Re: Damages and Harm ISO Requests for Entry of Default and Court Judgment<br>Filed by: Jamie Osuna (Plaintiff) | Document |
| 04/07/2026 | Declaration of Default Judgment Status Statement and Plaintiff Jaime Osuna ISO Request for Entry of Default and Court Judgment Against Named Defendants<br>Filed by: Jamie Osuna (Plaintiff) | Document |
| 04/07/2026 | Statement of Damages (State of California)<br>Filed by: Jamie Osuna (Plaintiff) | Document |
| 04/07/2026 | Statement of Damages (California Department of Corrections and Rehabilitation)<br>Filed by: Jamie Osuna (Plaintiff) | Document |
| 04/07/2026 | Statement of Damages (Office of Internal Affairs-OIA)<br>Filed by: Jamie Osuna (Plaintiff) | Document |
| 04/07/2026 | Statement of Damages (Allegation Inquiry Management Section-AIMS)<br>Filed by: Jamie Osuna (Plaintiff) | Document |
| 04/07/2026 | Statement of Damages (Angel Alex Duran)<br>Filed by: Jamie Osuna (Plaintiff) | Document |
| 04/07/2026 | Statement of Damages (Tammy Campbell)<br>Filed by: Jamie Osuna (Plaintiff) | Document |

| Date | Message | Category |
|---|---|---|
| 04/07/2026 | Statement of Damages (Ryan Silva)<br>Filed by: Jamie Osuna (Plaintiff) | Document |
| 04/07/2026 | Statement of Damages (R. Broomfield)<br>Filed by: Jamie Osuna (Plaintiff) | Document |
| 04/07/2026 | Statement of Damages (Sarah Gates)<br>Filed by: Jamie Osuna (Plaintiff) | Document |
| 04/07/2026 | Statement of Damages (Hector Ferrel)<br>Filed by: Jamie Osuna (Plaintiff) | Document |
| 04/07/2026 | Statement of Damages (Crescent Cavanaugh)<br>Filed by: Jamie Osuna (Plaintiff) | Document |
| 04/07/2026 | Statement of Damages (Erik Beam)<br>Filed by: Jamie Osuna (Plaintiff) | Document |
| 04/07/2026 | Statement of Damages (R. Espin)<br>Filed by: Jamie Osuna (Plaintiff) | Document |
| 04/07/2026 | Statement of Damages (Sgt. Hamilton)<br>Filed by: Jamie Osuna (Plaintiff) | Document |
| 04/07/2026 | Statement of Damages (Officer Gomez)<br>Filed by: Jamie Osuna (Plaintiff) | Document |
| 04/07/2026 | Statement of Damages (Officer Aguilar)<br>Filed by: Jamie Osuna (Plaintiff) | Document |
| 04/07/2026 | Statement of Damages (A. Guerrero)<br>Filed by: Jamie Osuna (Plaintiff) | Document |
| 04/07/2026 | Statement of Damages (J. Gutierrez)<br>Filed by: Jamie Osuna (Plaintiff) | Document |
| 04/07/2026 | Statement of Damages (Pena)<br>Filed by: Jamie Osuna (Plaintiff) | Document |
| 04/07/2026 | Statement of Damages (Art Guillen)<br>Filed by: Jamie Osuna (Plaintiff) | Document |

| Date | Message | Category |
|---|---|---|
| 04/07/2026 | Updated -- Declaration of Plaintiff Jaime Osuna Re: Damages and Harm ISO Requests for Entry of Default and Court Judgment:<br>Name Extension changed from of Plaintiff Jaime Osuna Re: Damages and Harm ISO Requests for Entry of Default and Court Judgment to of Plaintiff Jaime Osuna Re: Damages and Harm ISO Requests for Entry of Default and Court Judgment | Document |
| 04/07/2026 | Default Judgment Status Statement<br>Filed by: Jamie Osuna (Plaintiff) | Document |
| 04/07/2026 | Request for Entry of Default / Judgment (Court)<br>Filed by: Jamie Isuna CDCR BD0868 (Plaintiff)<br>As to: Angel Alex Duran (Defendant); State of California (Defendant); California Department of Corrections and Rehabilitation (CDCR) (Defendant) et al.<br>Judgment Type: Court<br>Entry of Default Requested?: Yes | Document |
| 04/07/2026 | Default not entered as to Angel Alex Duran; State of California; California Department of Corrections and Rehabilitation (CDCR) et al.<br>On the Amended Complaint (1st) filed by Jamie Osuna on 01/16/2026 | Default |
| 04/07/2026 | Updated -- Request for Entry of Default / Judgment (Court):<br>Status changed from Filed to Signed and Filed | Document |
| 04/01/2026 | On the Court's own motion, Initial Case Management Conference scheduled for 04/14/2026 at 01:30 PM in Gordon D. Schaber Superior Court at Department 25 Not Held - Rescheduled by Court was rescheduled to 04/14/2026 01:30 PM in Tani G. Cantil-Sakauye Courthouse at Department 8D | Event |
| 04/01/2026 | Declaration Of Plaintiff RE: Mailing through Institutional Legal Mail Process and return of USPS envolopes<br>Filed by: Jamie Osuna (Plaintiff)<br>As to: Angel Alex Duran (Defendant); State of California (Defendant); California Department of Corrections and Rehabilitation (CDCR) (Defendant) et al. | Document |
| 03/18/2026 | Address for Jamie Osuna (Plaintiff) updated | Party |
| 03/18/2026 | Case Management Statement<br>Filed by: Jamie Osuna (Plaintiff) | Document |
| 02/17/2026 | Proof of Service by Mail<br>Filed by: Jamie Osuna (Plaintiff)<br>As to: Angel Alex Duran (Defendant); State of California (Defendant); California Department of Corrections and Rehabilitation (CDCR) (Defendant) et al.<br>Mailing Date: 01/05/2026 | Document |

| Date | Message | Category |
| --- | --- | --- |
| 01/29/2026 | Notice of Clerical/Scanning Error in Summons Images On Electronic Docket<br>Filed by: Jamie Osuna (Plaintiff) | Document |
| 01/21/2026 | Summons on Complaint (1st)<br>Issued and Filed by: Jamie Osuna (Plaintiff)<br>As to: Art Guillen (Defendant) | Document |
| 01/21/2026 | Summons on Complaint (1st)<br>Issued and Filed by: Jamie Osuna (Plaintiff)<br>As to: Officer Gomez (Defendant) | Document |
| 01/21/2026 | Summons on Complaint (1st)<br>Issued and Filed by: Jamie Osuna (Plaintiff)<br>As to: Officer Aguilar (Defendant) | Document |
| 01/21/2026 | Summons on Complaint (1st)<br>Issued and Filed by: Jamie Osuna (Plaintiff)<br>As to: Allegation Inquiry Management Section (AIMS) (Defendant) | Document |
| 01/21/2026 | Summons on Complaint (1st)<br>Issued and Filed by: Jamie Osuna (Plaintiff)<br>As to: Ryan Silva (Defendant) | Document |
| 01/20/2026 | Summons on Complaint (1st)<br>Issued and Filed by: Jamie Osuna (Plaintiff)<br>As to: State of California (Defendant) | Document |
| 01/20/2026 | Summons on Complaint (1st)<br>Issued and Filed by: Jamie Osuna (Plaintiff)<br>As to: California Department of Corrections and Rehabilitation (CDCR) (Defendant) | Document |
| 01/20/2026 | Summons on Complaint (1st)<br>Issued and Filed by: Jamie Osuna (Plaintiff)<br>As to: Office of Internal Affairs (OIA) (Defendant) | Document |
| 01/20/2026 | Summons on Complaint (1st)<br>Issued and Filed by: Jamie Osuna (Plaintiff)<br>As to: Allegation Inquiry Management Section (AIMS) (Defendant) | Document |
| 01/20/2026 | Summons on Complaint (1st)<br>Issued and Filed by: Jamie Osuna (Plaintiff)<br>As to: Angel Alex Duran (Defendant) | Document |
| 01/20/2026 | Summons on Complaint (1st)<br>Issued and Filed by: Jamie Osuna (Plaintiff)<br>As to: Ryan Silva (Defendant) | Document |

| Date | Message | Category |
|---|---|---|
| 01/20/2026 | Summons on Complaint (1st)<br>Issued and Filed by: Jamie Osuna (Plaintiff)<br>As to: R. Broomfield (Defendant) | Document |
| 01/20/2026 | Summons on Complaint (1st)<br>Issued and Filed by: Jamie Osuna (Plaintiff)<br>As to: Sarah Gates (Defendant) | Document |
| 01/20/2026 | Summons on Complaint (1st)<br>Issued and Filed by: Jamie Osuna (Plaintiff)<br>As to: Hector Ferrel (Defendant) | Document |
| 01/20/2026 | Summons on Complaint (1st)<br>Issued and Filed by: Jamie Osuna (Plaintiff)<br>As to: Crescent Cavanaugh (Defendant) | Document |
| 01/20/2026 | Summons on Complaint (1st)<br>Issued and Filed by: Jamie Osuna (Plaintiff)<br>As to: Erik Beam (Defendant) | Document |
| 01/20/2026 | Summons on Complaint (1st)<br>Issued and Filed by: Jamie Osuna (Plaintiff)<br>As to: R. Espin (Defendant) | Document |
| 01/20/2026 | Summons on Complaint (1st)<br>Issued and Filed by: Jamie Osuna (Plaintiff)<br>As to: Sgt. Hamilton (Defendant) | Document |
| 01/20/2026 | Summons on Complaint (1st)<br>Issued and Filed by: Jamie Osuna (Plaintiff)<br>As to: Officer Gomez (Defendant) | Document |
| 01/20/2026 | Summons on Complaint (1st)<br>Issued and Filed by: Jamie Osuna (Plaintiff)<br>As to: Officer Aguilar (Defendant) | Document |
| 01/20/2026 | Summons on Complaint (1st)<br>Issued and Filed by: Jamie Osuna (Plaintiff)<br>As to: A. Guerrero (Defendant) | Document |
| 01/20/2026 | Summons on Complaint (1st)<br>Issued and Filed by: Jamie Osuna (Plaintiff)<br>As to: J. Gutierrez (Defendant) | Document |

| Date | Message | Category |
|---|---|---|
| 01/20/2026 | Summons on Complaint (1st)<br>Issued and Filed by: Jamie Osuna (Plaintiff)<br>As to: Pena (Defendant) | Document |
| 01/20/2026 | Summons on Complaint (1st)<br>Issued and Filed by: Jamie Osuna (Plaintiff)<br>As to: Art Guillen (Defendant) | Document |
| 01/16/2026 | Amended Complaint (1st)<br>Filed by: Jamie Osuna (Plaintiff)<br>As to: Angel Alex Duran (Defendant); State of California (Defendant); California Department of Corrections and Rehabilitation (CDCR) (Defendant) et al. | Document |
| 01/14/2026 | Updated -- Officer Aguilar (Defendant):<br>Organization Name changed from Aguilar to Officer Aguilar | Party |
| 01/14/2026 | Updated -- Allegation Inquiry Management Section (AIMS) (Defendant):<br>Organization Name changed from Aims to Allegation Inquiry Management Section (AIMS) | Party |
| 01/13/2026 | Notice of Rejection - General<br>Filed by: Clerk | Document |
| 01/13/2026 | First Amended Complaint - Rejected<br>Submitted by: Jamie Osuna (Plaintiff) | Document |
| 01/07/2026 | Summons on Complaint<br>Issued and Filed by: Jamie Osuna (Plaintiff)<br>As to: Sgt. Hamilton (Defendant) | Document |
| 01/07/2026 | Updated -- Summons on Complaint:<br>Status changed from Issued and Filed to Signed and Filed | Document |
| 01/07/2026 | Summons on Complaint<br>Issued and Filed by: Jamie Osuna (Plaintiff)<br>As to: A. Guerrero (Defendant) | Document |
| 01/07/2026 | Updated -- Summons on Complaint:<br>Status changed from Issued and Filed to Signed and Filed | Document |
| 01/07/2026 | Summons on Complaint<br>Issued and Filed by: Jamie Osuna (Plaintiff)<br>As to: J. Gutierrez (Defendant) | Document |

| Date | Message | Category |
| --- | --- | --- |
| 01/07/2026 | Updated -- Summons on Complaint:<br>Status changed from Issued and Filed to Signed and Filed | Document |
| 01/07/2026 | Summons on Complaint<br>Issued and Filed by: Jamie Osuna (Plaintiff)<br>As to: Pena (Defendant) | Document |
| 01/07/2026 | Updated -- Summons on Complaint:<br>Status changed from Issued and Filed to Signed and Filed | Document |
| 01/02/2026 | Summons on Complaint<br>Issued and Filed by: Jamie Osuna (Plaintiff)<br>As to: State of California (Defendant) | Document |
| 01/02/2026 | Summons on Complaint<br>Issued and Filed by: Jamie Osuna (Plaintiff)<br>As to: California Department of Corrections and Rehabilitation (CDCR) (Defendant) | Document |
| 01/02/2026 | Summons on Complaint<br>Issued and Filed by: Jamie Osuna (Plaintiff)<br>As to: Office of Internal Affairs (OIA) (Defendant) | Document |
| 01/02/2026 | Summons on Complaint<br>Issued and Filed by: Jamie Osuna (Plaintiff)<br>As to: Angel Alex Duran (Defendant) | Document |
| 01/02/2026 | Summons on Complaint<br>Issued and Filed by: Jamie Osuna (Plaintiff)<br>As to: Tammy Campbell (Defendant) | Document |
| 01/02/2026 | Summons on Complaint<br>Issued and Filed by: Jamie Osuna (Plaintiff)<br>As to: R. Broomfield (Defendant) | Document |
| 01/02/2026 | Summons on Complaint<br>Issued and Filed by: Jamie Osuna (Plaintiff)<br>As to: Sarah Gates (Defendant) | Document |
| 01/02/2026 | Summons on Complaint<br>Issued and Filed by: Jamie Osuna (Plaintiff)<br>As to: Hector Ferrel (Defendant) | Document |
| 01/02/2026 | Summons on Complaint<br>Issued and Filed by: Jamie Osuna (Plaintiff)<br>As to: Crescent Cavanaugh (Defendant) | Document |

| Date | Message | Category |
|---|---|---|
| 01/02/2026 | Summons on Complaint<br>Issued and Filed by: Jamie Osuna (Plaintiff)<br>As to: Erik Beam (Defendant) | Document |
| 01/02/2026 | Summons on Complaint<br>Issued and Filed by: Jamie Osuna (Plaintiff)<br>As to: R. Espin (Defendant) | Document |
| 12/09/2025 | Hearing on Motion - Other for Alternative Service of Summons scheduled for 02/04/2026 at 01:30 PM in Gordon D. Schaber Superior Court at Department 25 Not Held - Taken Off Calendar by Party on 12/09/2025 | Event |
| 12/04/2025 | Notice of Withdrawal of Motion for Alternate Service and Court Service of Summons and Complaint<br>Filed by: Jamie Osuna (Plaintiff) | Document |
| 12/04/2025 | Request for Remote Appearance at Initial Case Management Conference<br>Filed by: Jamie Osuna (Plaintiff) | Document |
| 11/10/2025 | Case reassigned to Gordon D. Schaber Superior Court in Department 25 - Hon. Julie G. Yapeffective 11/10/2025<br>Reason: Other | Assignment |
| 10/17/2025 | Case Management Conference scheduled for 04/10/2026 at 09:00 AM in Gordon D. Schaber Superior Court at Department 25 Not Held - Vacated by Court on 10/17/2025 | Event |
| 10/17/2025 | Hearing on Motion - Other for Alternative Service of Summons scheduled for 02/04/2026 at 01:30 PM in Gordon D. Schaber Superior Court at Department 25 Not Held - Rescheduled by Court was rescheduled to 02/04/2026 01:30 PM | Event |
| 10/17/2025 | Minute Order (Notice of Reassignment to Civil Home Court Department - Effec...) | Minute Order |
| 10/17/2025 | Case Management Conference scheduled for 04/10/2026 at 08:30 AM in Gordon D. Schaber Superior Court at Department 25 Not Held - Rescheduled by Court was rescheduled to 04/10/2026 09:00 AM | Event |
| 10/17/2025 | Hearing on Motion - Other for Alternative Service of Summons scheduled for 02/04/2026 at 01:30 PM in Hall of Justice at Department 53 Not Held - Rescheduled by Court was rescheduled to 02/04/2026 01:30 PM in Gordon D. Schaber Superior Court at Department 25 | Event |
| 10/17/2025 | Hearing on Motion - Other for Alternative Service of Summons scheduled for 02/04/2026 at 01:30 PM in Gordon D. Schaber Superior Court at Department 25 | Event |

| Date | Message | Category |
|---|---|---|
| 10/17/2025 | Case Management Conference scheduled for 04/10/2026 at 09:00 AM in Gordon D. Schaber Superior Court at Department 25 | Event |
| 10/17/2025 | Hearing on Motion - Other for Alternative Service of Summons scheduled for 02/04/2026 at 01:30 PM in Gordon D. Schaber Superior Court at Department 25 | Event |
| 10/17/2025 | Initial Case Management Conference scheduled for 04/14/2026 at 01:30 PM in Gordon D. Schaber Superior Court at Department 25 | Event |
| 09/10/2025 | Hearing on Motion - Other for Alternative Service of Summons scheduled for 02/04/2026 at 01:30 PM in Hall of Justice at Department 53 | Event |
| 09/08/2025 | Motion for Alternative Service of Summons and Complaint<br>Filed by: Jamie Osuna (Plaintiff) | Document |
| 08/12/2025 | Order on Court Fee Waiver (Superior Court)<br>Pending in WQ | Document |
| 08/12/2025 | Request to Waive Court Fees<br>Filed by: Jamie Osuna (Plaintiff) | Document |
| 08/12/2025 | Updated -- Order on Court Fee Waiver (Superior Court):<br>Status Date changed from 08/12/2025 to 08/12/2025<br>Status changed from Pending in WQ to Filed<br>Status Date changed from 08/12/2025 to 08/12/2025<br>Status changed from Pending in WQ to Filed | Document |
| 08/12/2025 | Updated -- Request to Waive Court Fees:<br>Result: Granted<br>Result Date: 08/12/2025 | Document |
| 07/30/2025 | Order on Court Fee Waiver (Superior Court)<br>Pending in WQ | Document |
| 07/30/2025 | Updated -- Order on Court Fee Waiver (Superior Court):<br>Status Date changed from 07/30/2025 to 07/30/2025<br>Status changed from Pending in WQ to Filed<br>Status Date changed from 07/30/2025 to 07/30/2025<br>Status changed from Pending in WQ to Filed | Document |
| 07/29/2025 | Notice of Case Assignment and Case Management Conference<br>Filed by: Clerk | Document |
| 07/29/2025 | Case Management Conference scheduled for 04/10/2026 at 08:30 AM in Gordon D. Schaber Superior Court at Department 25 | Event |

| Date | Message | Category |
|---|---|---|
| 07/28/2025 | Complaint<br>Filed by: Jamie Osuna (Plaintiff)<br>As to: Angel Alex Duran (Defendant); State of California (Defendant); California Department of Corrections and Rehabilitation (CDCR) (Defendant) et al. | Document |
| 07/28/2025 | Request to Waive Court Fees<br>Filed by: Jamie Osuna (Plaintiff) | Document |
| 07/28/2025 | Case assigned to Hon. Richard K. Sueyoshi in Department 53 Hall of Justice | Assignment |
| 07/28/2025 | Updated -- Request to Waive Court Fees:<br>Result: Denied<br>Result Date: 07/30/2025 | Document |

Copyright © Journal Technologies, USA. All rights reserved.

# EXHIBIT B

# PROOF OF SERVICE BY MAIL
# BY PRISONER "IN PRO PER"

I hereby certify that I am over the age of 18 years, that I am representing myself, and that I am a prison inmate.

FILED/ENDORSED
FEB 17 2026
By: T. Mercadel
Deputy Clerk

My prison address is:

CSP-Corcoran
P.O. Box 8800
Corcoran, California 93212

On date 1/5/26, I served the following document(s) on the parties listed below by delivering them in an envelope to prison authorities for deposit in the United States Mail pursuant to the "Prison Mailbox Rule":

Case Name: Osuna vs. Duran, et al.
Case No.: 25CV017927

Document(s) Served:
Summons;
Complaint for Damages (State and Federal Claims);

The envelope(s), with postage fully pre-paid or with a prison Trust Account Withdrawal Form attached pursuant to prison regulations, was/were addressed as follows:

To Defendant FERREL (individual):
2592 Oak Springs Dr
Chula Vista, CA 91915

To Defendant DURAN (individual):
3936 W Clinton Ave
Visalia, CA 93291

To California Department of Corrections and Rehabilitation
(for CDCR, its sub-agencies, and current CDCR employees named as defendants):
California Department of Corrections and Rehabilitation
Office of Legal Affairs
1515 S Street, Suite 314 South
Sacramento, CA 95811

To State of California
(through the Office of the Attorney General):
Office of the Attorney General – Correctional Law Section
1300 I Street, Suite 125
Sacramento, CA 95814

I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed on 2/10/26, in CORCORAN, California.

Signature [signature]

JAMIE OSUNA
Printed Name

RECEIVED FEB 17 2026 CIVIL

# EXHIBIT C

FILED/ENDORSED
MAR 30 2026
By: I. Alonso
Deputy Clerk

SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF SACRAMENTO

Plaintiff, Jamie Osuna
v.,
Defendent, Duran, et al.

Case No. 25CV017927

DECLARATION OF JAMIE OSUNA

Re: MAILING THROUGH INSTITUTIONAL LEGAL MAIL PROCCESES AND RETURN OF USPS ENVOLOPES

I JAMIE OSUNA DECLARE;

I am the plaintiff in this action, I am incarcerated at corcoran state prison, I am representing myself in this matter. I have personal knowledge of the facts stated in this declaration. except as to matters stated on on information and belief and as to those matters I believe them to be tru true.

(2.) this declaration concerns only the following defendents: pena, crescent cavanaugh, aguilar, art guillen, ryan silva, sarah gates, s.g.t hamilton, erik beam, gomez, (A.I.M.S: Allegation Inquity management office, j.gutierrez, R. Espin, R. Broomfield, A. guerrero, Hector ferrel and alex duran, O.I.A; office of internal affairs.

(3.) the state of california, and the department of corrections and rehabilitation, hector ferrel, alex duran were seperately served and are not adrressed in this declaration however for the service to the department for the actions of hector ferrel and alex angel duran while they were on active duty acting under color of state law are adressed

RECEIVED
MAR 30 2026
CIVIL

here.

(4.) On 02/5/2026, febuary fifth, 2026 i assembled the documents for servi service on the defendents. identified above these mailings were directed to the departments legal office in sacramento at the addrresess shown on t the envolopes and legal mail logs log sheet:

Office Of Legal Affairs
1515 S. Street, Suite 314 South
Sacramento, CA 95811

(5.) because i am incarcerated outgoing legal mail is limited to correctional staff, in fowarding through person legal mail system i do not personally deposite such mail with the united states postal service.

(6.) On 2/5/26 correctional staff Badge# 99086 took possession of the above mail for outgoing legal mail the relavent entry's, were recorded on the institutional legal mail log and CDCR form log 119 a true and correct copy of the relevant log entry's is attached as exibit (a).

(7.) exibit (a) reflects that staff excepted and sent out the envolope on the date shown there.

(8.) based on my repeated use of the instituitional legal mail proccess and my familarity with its regular operation it is my understanding that legal mail is proccessed through staff befor bieng fowarded through USPS and that the addrressing information is reviewed as part of that regular proccess.

(9.) after those materials were sent out the envolopes were later returned to me through institutional channelsthe returned envolopes bore USPS postmarks and or return marking.

(10.) when returned to me on 3/16/26 by correctional officer L. sanchez# 99553, i noticed & informed the c/o the envolopes ahd been opened & resealed, the officer took notice & agreed. the postage on the envolope

the postage stamp on the envolope were crossed out or lined through. no signed acknowledgement of recipt and no written explaination accompany'd the returned envolopes.

(11.) officer L. sanchez provided me with a true and correct copy of a cdcr form Legal mail accountability log sheet in which i signed for each returned piece of mail. the log sheet as exibit (B) reflects a list of all returned mail pieces regarding the above listed names in this declaration and the date they were returned to me.

(12.) to my knowledge the return envolopes were not bieng given back to me as unsent mail the legal mail log that reflects that staff had already inspected and sent out the envolopes on the dates shown in exibit (a).

(13.) true and correct copy's of the outgoing legal mail "Log Sheet" log 119 and an legal mail accountability log sheet are attached as exibits

(14.) I make this declaration to document the mailing of the above service envolopes through the institutional legal mail proccess, legal mail log entrys and subsequent USPS return of the envolopes in open condition and without any signed acknowledgement or explainatory notice.

I Declare Under Penalty And Perjury Under the Laws Of The state Of California That the foregoing Is, True And Correct.

Executed On: 3/24/26

Date: 3/24/26

Sign: [signature]

| CDCR | LAST NAME | DATE RECEIVE | DATE MAILED | TO/FROM | ADDRESS | CITY | STATE | INITIAL |
|---|---|---|---|---|---|---|---|---|
| BD0868 | OSUNA | | 10/1/25 | OFFICE OF APPEALS, CDCR | PO BOX 942883 | SACRAMENTO | CA | KP |
| BD0868 | OSUNA | | 10/2/25 | OFFICE OF APPEALS, CDCR | PO BOX 942883 | SACRAMENTO | CA | KP |
| BD0868 | OSUNA | | 10/2/25 | OFFICE OF APPEALS, CDCR | PO BOX 942883 | SACRAMENTO | CA | KP |
| BD0868 | OSUNA | | 10/6/25 | OFFICE OF APPEALS, CDCR | PO BOX 942883 | SACRAMENTO | CA | KP |
| BD0868 | OSUNA | | 10/6/25 | OFFICE OF APPEALS, CDCR | PO BOX 942883 | SACRAMENTO | CA | KP |
| BD0868 | OSUNA | | 10/6/25 | OFFICE OF APPEALS, CDCR | PO BOX 942883 | SACRAMENTO | CA | KP |
| BD0868 | OSUNA | | 10/8/25 | US DISTRICT COURT EASTERN DISTRICT OF CA | 2500 TULARE ST, RM 1501 | FRESNO | CA | KP |
| BD0868 | OSUNA | | 11/5/25 | US DISTRICT COURT EASTERN DISTRICT OF CA | 2500 TULARE ST, RM 1501 | FRESNO | CA | KP |
| BD0868 | OSUNA | | 12/5/25 | HEADQUATERS HEALTH CARE CORRESPONDENCE & APPEAL BRANCH | PO BOX 588500 | ELK GROVE | CA | JG |
| BD0868 | OSUNA | | 12/5/25 | HEADQUATERS HEALTH CARE CORRESPONDENCE & APPEAL BRANCH | PO BOX 588500 | ELK GROVE | CA | JG |
| BD0868 | OSUNA | | 12/5/25 | OFFICE OF APPEALS, CDCR | PO BOX 942883 | SACRAMENTO | CA | JG |
| BD0868 | OSUNA | | 12/5/25 | OFFICE OF APPEALS, CDCR | PO BOX 942883 | SACRAMENTO | CA | JG |
| BD0868 | OSUNA | | 2/6/26 | DEFENDANT HECTOR FERREL | 2592 OAK SPRING DR. | CHULA VISTA | CA | TH |
| BD0868 | OSUNA | | 2/6/26 | ALLEGATIONS INQUIRY MANAGEMENT SECTION AIMS OFFICE OF LEGAL AFFAIRS | 1515 S. ST. STE 314 SOUTH | SACRAMENTO | CA | TH |
| BD0868 | OSUNA | | 2/6/26 | R. BROOMFIELD IN CARE OF CDCR OFFICE OF LEGAL AFFAIS | 1515 S. ST STE. 314 SOUTH | SACRAMENTO | CA | TH |
| BD0868 | OSUNA | | 2/6/26 | RYAN SILVA IN CARE CDCR OFFICE OF LEGAL AFFAIRS | 1515 S. ST. STE 314 SOUTH | SACRAMENTO | CA | TH |
| BD0868 | OSUNA | | 2/6/26 | ERK BEAM IN CARE OF CDCR OFFICE OF LEGAL AFFAIRS | 1515 S. ST. STE 314 SOUTH | SACRAMENTO | CA | TH |
| BD0868 | OSUNA | | 2/6/26 | GOMEZ IN CARE OF CDCR OFFICE OF LEGAL AFFAIRS | 1515 S. ST. STE 314 SOUTH | SACRAMENTO | CA | TH |
| BD0868 | OSUNA | | 2/6/26 | PENA IN CARE OF CDCR OFFICE OF LEGAL AFFAIRS | 1515 S. ST. STE 314 SOUTH | SACRAMENTO | CA | TH |
| BD0868 | OSUNA | | 2/6/26 | A. GUERRERO IN CARE OF CDCR OFFICE OF LEGAL AFFAIRS | 1515 S. ST. STE 314 SOUTH | SACRAMENTO | CA | TH |
| BD0868 | OSUNA | | 2/6/26 | HECTOR FERREL AND ANGEL ALEX DURAN IN CARE OF CDCR OFFICE OF LEGAL AFFAIRS | 1515 S. ST. STE 314 SOUTH | SACRAMENTO | CA | TH |
| BD0868 | OSUNA | | 2/6/26 | SG.T. HAMILTON IN CARE OF CDCR OFFICE OF LEGAL AFFAIRS | 1515 S. ST. STE 314 SOUTH | SACRAMENTO | CA | TH |
| BD0868 | OSUNA | | 2/6/26 | J. GUTIERREZ IN CAR EOF CDCR OFFICE OF LEAGAL AFFAIRS | 1515 S. ST. STE 314 SOUTH | SACRAMENTO | CA | TH |
| BD0868 | OSUNA | | 2/6/26 | R. ESPIN IN CARE OF CDCR OFFICEOF LEGAL AFFAIRS | 1515 S. ST. STE 314 SOUTH | SACRAMENTO | CA | TH |
| BD0868 | OSUNA | | 2/6/26 | OFFICER AUIGILAR IN CAR OF CDCR OFFICE OF LEGAL AFFAIRS | 1515 S. ST. STE 314 SOUTH | SACRAMENTO | CA | TH |
| BD0868 | OSUNA | | 2/6/26 | ART GUILLEN IN CARE OF CDCR OFFICEOF LEGAL AFFAIRS | 1515 S. ST. STE 314 SOUTH | SACRAMENTO | CA | TH |
| BD0868 | OSUNA | | 2/6/26 | TO STATE OF CALIFORNIA THROUGHT THE OFFICEOF ATTORNEY GENERAL OFFICEOF THE A | 1300 I ST. STE 125 | SACRAMENTO | CA | TH |
| BD0868 | OSUNA | | 2/6/26 | CRECENT CAVANAUGH IN CARE OF CDCR OFFICE OF LEGAL AFFAIRS | 1515 S. ST. STE 314 SOUTH | SACRAMENTO | CA | TH |
| BD0868 | OSUNA | | 2/6/26 | CDCR OFFICE OF THE ATTRONEY GENERAL CORRECTIONAL LAW SECTION | 1300 I ST. STE 125 | SACRAMENTO | CA | TH |
| BD0868 | OSUNA | | 2/6/26 | SARAH GATES IN CAR EOF CDCR OFFICEOF LEGAL AFFAIRS | 1515 S. ST. STE 314 SOUTH | SACRAMENTO | CA | TH |
| BD0868 | OSUNA | | 2/6/26 | OFFICEOF INTERNAL AFFAIRS IN CARE OF OFFICE OF LEGAL AFFAIRS | 1515 S. ST. STE 314 SOUTH | SACRAMENTO | CA | TH |
| BD0868 | OSUNA | | 2/11/26 | SACRAMENTO SUPERIOR COURT | 720 9TH ST. | SACRAMENTO | CA | TH |
| BD0868 | OSUNA | | 2/13/26 | OFFICE OF APPEALS DEPT. OF CORRECTIONS AND REHAB. | P.O. BOX 942883 | SACRAMENTO | CA | TH |
| BD0868 | OSUNA | | 2/13/26 | OFFICE OF APPEALS DEPT. OF CORRECTIONS AND REHAB. | P.O. BOX 942883 | SACRAMENTO | CA | TH |
| BD0868 | OSUNA | | 2/18/26 | CLERK OF THE COURT RM 1501 UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CAI | 2500 TULARE ST. | FRESNO | CA | TH |
| BD0868 | OSUNA | | 2/25/26 | HEAQUARTERS OFFICE OF APPEALS DEPT. OF CORRECTIONS AND REHAB. | P.O. BOX 942883 | SACRAMENTO | CA | TH |
| BD0868 | OSUNA | | 2/27/26 | CLERK OF THE COURT UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA | 2500 TULARE ST. STE 1501 | FRESNO | CA | TH |

EXIBIT (A)

EXHIBIT (R)

# LEGAL MAIL ACCOUNTABILTY LOG

| CDC # | NAME | HOUSING | SENDERS INFO | I/P SIGNATURE | DATE |
|---|---|---|---|---|---|
| BD0868 | OSUNA | 4A-1L-044 | CDCR OFFICE OF LEGAL AFFAIRS PENA | [signature] 3/16/26 | 3/13/2026 |
| BD0868 | OSUNA | 4A-1L-044 | CDCR OFFICE OF LEGAL AFFAIRS CRESCENT CAVANAUGH | [signature] 3/16/26 | 3/13/2026 |
| BD0868 | OSUNA | 4A-1L-044 | CDCR OFFICE OF LEGAL AFFAIRS OFFICER AGUILERA | [signature] 3/16/26 | 3/13/2026 |
| BD0868 | OSUNA | 4A-1L-044 | CDCR OFFICE OF LEGAL AFFAIRS ART GUILLEN | [signature] 3/16/26 | 3/13/2026 |
| BD0868 | OSUNA | 4A-1L-044 | CDCR OFFICE OF LEGAL AFFAIRS RYAN SILVA | [signature] 3/16/26 | 3/13/2026 |
| BD0868 | OSUNA | 4A-1L-044 | CDCR OFFICE OF LEGAL AFFAIRS SARAH GATES | [signature] 3/16/26 | 3/13/2026 |
| BD0868 | OSUNA | 4A-1L-044 | CDCR OFFICE OF LEGAL AFFAIRS S.G.T. HAMILTON | [signature] 3/16/26 | 3/13/2026 |
| BD0868 | OSUNA | 4A-1L-044 | CDCR OFFICE OF LEGAL AFFAIRS ERIK BEAM | [signature] 3/16/26 | 3/13/2026 |
| BD0868 | OSUNA | 4A-1L-044 | CDCR OFFICE OF LEGAL AFFAIRS GOMEZ | [signature] 3/16/26 | 3/13/2026 |
| BD0868 | OSUNA | 4A-1L-044 | FOR ALLEGATION INQUITY MANAGEMENT OFFICE OF LEGAL AFFAIRS | [signature] 3/16/26 | 3/13/2026 |
| BD0868 | OSUNA | 4A-1L-044 | CDCR OFFICE OF LEGAL AFFAIRS J. GUTIERREZ | [signature] 3/16/ | 3/13/2026 |
| BD0868 | OSUNA | 4A-1L-044 | CDCR OFFICE OF LEGAL AFFAIRS R. ESPIN | [signature] 3/16/ | 3/13/2026 |
| BD0868 | OSUNA | 4A-1L-044 | CDCR OFFICE OF LEGAL AFFAIRS R. BROOMFIELD | [signature] 3/16/26 | 3/13/2026 |
| BD0868 | OSUNA | 4A-1L-044 | CDCR OFFICE OF LEGAL AFFAIRS A. GUERRERO | [signature] 3/16/26 | 3/13/2026 |
| BD0868 | OSUNA | 4A-1L-044 | CDCR OFFICE OF LEGAL AFFAIRS HECTOR FERREL AND ANGEL ALEX DURAN | [signature] 3/16/26 | 3/13/2026 |
| BD0868 | OSUNA | 4A-1L-044 | OFFICE OF INTERNAL AFFAIRS IN CARE OF OFFICE OF LEGAL AFFAIRS | [signature] 3/16/ | 3/13/2026 |

**ATTENTION ISSUING STAFF**

- IF I/P REFUSES LEGAL MAIL, ISSUING OFFICER **MUST COMPLETE AND ATTACH 128** AND RETURN WITH THE LEGAL MAIL TO THE MAILROOM.
- ISSUING OFFICER, PLEASE INDITCATE IF I/P IS OUT TO COURT, OUT TO MEDICAL OR DIFFERENT INSTITUTION IN SIGNATURE COLUMN.

PRINT NAME: L. Sanchez SIGNATURE & BADGE NUMBER: [signature] 90553 DATE: 3/16/26

# EXHIBIT D

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**
**FOR THE COUNTY OF SACRAMENTO**

JAMIE OSUNA (CDCR No. BD0868)
CSP-COR
P.O. Box 8800
Corcoran, CA 93212
Plaintiff,

v.

STATE OF CALIFORNIA, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (CDCR); OFFICE OF INTERNAL AFFAIRS (OIA); ALLEGATION INQUIRY MANAGEMENT SECTION (AIMS); ANGEL ALEX DURAN; TAMMY CAMPBELL; RYAN SILVA; R. BROOMFIELD; SARAH GATES; HECTOR FERREL; CRESCENT CAVANAUGH; ERIK BEAM; R. ESPIN; SGT. HAMILTON; OFFICER GOMEZ; PENA; A. GUERRERO; J. GUTIERREZ; PENA; ART GUILLEN; JOHN/JANE DOES 1-50
Defendants.

Unlimited Civil
No. **25CV017927**

**DEFAULT JUDGMENT STATUS STATEMENT AND DECLARATION OF PLAINTIFF JAMIE OSUNA IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT AND COURT JUDGMENT AGAINST NAMED DEFENDANTS**

FILED/ENDORSED
APR 07 2026
By: B. Delira
Deputy Clerk

**Case Summary**

Plaintiff Jamie Osuna brings this unlimited civil action arising from the alleged unauthorized access, disclosure, publication, promotion, commercialization, and continued circulation of Plaintiff's protected medical, mental-health, custodial, housing/location, and confidential case-related information by current and former CDCR-affiliated persons and persons acting in concert with them. The First Amended Complaint seeks declaratory relief, narrowly tailored prospective injunctive relief, compensatory and punitive damages, and related relief.

This consolidated filing concerns the named defendants identified below. Plaintiff seeks entry of default and court judgment against those named defendants through this packet. Plaintiff is separately requesting dismissal of the Doe defendants by a separate filing.

Plaintiff previously filed a Case Management Statement and now submits this Default Judgment Status Statement in connection with the request for entry of default and court judgment

against the named defendants.

**Declaration of Plaintiff Jamie Osuna**

I, Jamie Osuna, declare:

1. I am the plaintiff in this action. I make this declaration based on my own personal knowledge, except as to matters stated on information and belief, and if called as a witness I could and would testify competently thereto.

2. The operative pleading in this action is the First Amended Complaint. Plaintiff seeks entry of default and court judgment through this packet against the following named defendants: STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (CDCR); OFFICE OF INTERNAL AFFAIRS (OIA); ALLEGATION INQUIRY MANAGEMENT SECTION (AIMS); ANGEL ALEX DURAN; TAMMY CAMPBELL; RYAN SILVA; R. BROOMFIELD; SARAH GATES; HECTOR FERREL; CRESCENT CAVANAUGH; ERIK BEAM; R. ESPIN; SGT. HAMILTON; OFFICER GOMEZ; OFFICER AGUILAR; A. GUERRERO; J. GUTIERREZ; PENA; and ART GUILLEN. Plaintiff is separately requesting dismissal of the Doe defendants.

3. The First Amended Complaint alleges, among other things, that one or more CDCR state actors facilitated dissemination of confidential materials and/or selectively refused to enforce confidentiality safeguards after notice, and further alleges that current and former CDCR-affiliated persons and persons acting in concert with them participated in the access, disclosure, publication, monetization, promotion, and continued circulation of Plaintiff's protected or purportedly protected information. The facts stated here are offered in support of default and prove-up and as circumstantial evidence consistent with those pleaded allegations.

4. As an incarcerated plaintiff, I did not have access to the residential addresses of current CDCR employees, and I understood that such addresses are not made available to inmates for safety and security reasons. I therefore used the CDCR-related service channels and institutional legal-mail procedures available to me. Under the prison mailbox rule, I rely on the date I delivered sealed mail to correctional staff for forwarding through institutional legal mail.

5. On the filed proof of service by mail for the summons and complaint, the service-date line was

mistakenly written as 1/5/26. That was an error. The correct date on which I delivered the summons and complaint mailings to correctional staff for forwarding through institutional legal mail was 2/5/2026.

6. Although I signed the proof of service by mail, I did not personally deposit the envelopes in the United States mail. I prepared the sealed envelopes and delivered them to correctional staff for forwarding through the institution's legal-mail procedures. An officer over the age of 18, and not a party to this action, accepted the sealed envelopes for processing and mailing, signed and dated the backs of the envelopes, and the mailings were recorded in the institutional legal-mail log/Form 119. A true and correct copy of the legal-mail log is attached as Exhibit A, and true and correct representative copies of envelope backs and returned-envelope materials are attached as Exhibit B.

7. The summons and complaint mailings described in the filed proofs of service were sent through my institutional legal-mail procedures in early February 2026. The CDCR-side mailings were directed to the CDCR Office of Legal Affairs address used for CDCR, OIA, AIMS, and current CDCR employee defendants, while Defendant Duran, Defendant Ferrel, and the State of California were served through separate mailings to different addresses.

8. Returned mail later bore postal markings showing return to the institution on or about March 13, 2026, but it was not physically delivered back to me until on or after March 16, 2026. My legal-mail accountability records reflect that sequence.

9. The returned/opened items described below were from the earlier 2/5/2026 mailing set. After those items were physically given back to me on or after March 16, 2026, I separately sent later case-management and CIV-050 mailings through institutional legal mail on or about March 19, 2026, for prison forwarding on or about March 20, 2026, including mailings directed to Defendant Duran, Defendant Ferrel, and the State of California. I offer that later chronology to distinguish those March mailings from the earlier 2/5/2026 service mailing set and to provide context for later public references by Defendant Duran and Defendant Ferrel.

**Section I: CDCR-Side Defendants Whose Later Mail Was Returned Opened**

10. Later mailings directed to certain CDCR-side defendants at the same CDCR Office of Legal

Affairs address were returned opened. The envelopes in my possession bore received stamps, routing stickers, and/or return-forwarding notations. Some materials, including at least one larger returned envelope, reflected routing through or reference to CDCR's Archive Unit in Rancho Cordova. Some envelopes were taped, bagged, or otherwise returned in a condition showing they had been opened after mailing.

11. Exhibit B is offered as representative copies of returned/opened envelopes and envelope backs in Plaintiff's possession. Additional returned-envelope materials can be supplied separately if requested by the Court.

12. After receiving those returned/opened mailings, Plaintiff filed a notice around March 30, 2026, advising the Court that mail had been returned opened and rerouted.

13. None of the returned envelopes bore markings such as addressee unknown or address unknown. Based on the institution's regular legal-mail procedures, outgoing legal mail is reviewed for facially valid addressing before it is forwarded, and the handling, opening, and rerouting of these pieces through CDCR channels is consistent with receipt and review rather than simple non-delivery.

14. I offer Exhibits A and B, together with the around March 30, 2026 notice already filed in the record, as circumstantial evidence that later mailings sent to the CDCR Office of Legal Affairs address used for CDCR, OIA, AIMS, and current CDCR employee defendants were handled, routed, opened, and returned rather than simply remaining unsent, and that certain persons handling mail for those CDCR-side defendants refused, evaded, or failed to respond after service. Exhibit B is representative and is not offered as a complete photographic inventory of all returned mail.

**Section II: Defendant Duran**

15. On or about February 25, 2026, public Instagram content associated with Defendant Duran and the account name correctionsunlocked, and featuring Defendant Duran on the wisenuts_podcast account, republished the same interview clip identified in the First Amended Complaint and displayed Plaintiff's mugshot and booking number. On or about March 26, 2026, Defendant Duran posted an Instagram story or video showing a packet of lawsuit papers, including form

CIV-050, and stated in substance that he had received an inmate lawsuit seeking damages, that this was his "third notice" relating to the case, that he had been to court many times as an officer, sergeant, and lieutenant, and that officers should not let being sued intimidate them. True and correct screenshots of those posts are attached as Exhibit C.

16. Defendant Duran's public reference to repeated receipt of case papers is consistent with the later March mailing sequence described in paragraph 9 above, including Plaintiff's case-management and CIV-050 mailings.

17. I offer Exhibit C as circumstantial evidence that Defendant Duran had actual notice of the action and continued nonappearance after service.

**Section III: Defendant Ferrel**

18. On or around February 18, 2026, Defendant Hector Ferrel also publicly acknowledged and discussed the lawsuit after service. Ferrel publicly displayed on social media an envelope and/or mailed papers associated with my mailing to him, including my return address, and publicly referred to me in vulgar and hostile terms, including "motherfucker," and "piece of shit." True and correct screenshots from that public video post are attached as Exhibit D.

19. Ferrel continued publishing image-based and promotional content concerning Plaintiff and this lawsuit, including fight-themed or "UFC"-style graphics and other posts using Plaintiff's image and likeness. Ferrel also described this lawsuit and Plaintiff in videos, livestreams, Instagram stories, and other social-media posts after service. In one such public statement, Ferrel stated in substance that the YouTube video referenced in the First Amended Complaint was "within [his] realm" to make concerning Plaintiff. Plaintiff offers those statements only as additional circumstantial evidence of actual notice, continued publication and commentary after notice, and refusal to withdraw from the conduct at issue. True and correct screenshots and captures of those posts are attached as Exhibit E.

20. Ferrel publicly referred to Art Guillen as his co-defendant in this lawsuit and stated, "That vato CDW Art Guillen is my co-defendant in our Osuna lawsuit. That foo better keep it solid and not break." A true and correct capture of that post is attached as Exhibit F.

21. Ferrel also publicly replied "EXACTLY" to a viewer comment stating, in substance, that

Plaintiff's legal mail would not have made it out of the control booth and a toilet emoji. I offer that screenshot as circumstantial evidence of hostility to service, discouragement of cooperation, and deliberate nonappearance after notice. A true and correct capture of that post is attached as Exhibit G.

22. The later March 2026 case-management/CIV-050 mailing directed to Defendant Ferrel at the same address where he had received the summons and complaint was later returned to Plaintiff opened. I offer that fact as additional circumstantial evidence of refusal, evasion, and continued nonappearance after notice.

23. I offer Exhibits D through G as circumstantial evidence that Defendant Ferrel had actual notice of the action, continued publication and amplification after notice, and engaged in post-service conduct consistent with refusal, evasion, and willful nonappearance.

**Status of the Case**

24. Plaintiff previously filed a Case Management Statement in this action. As of the filing of this Default Judgment Status Statement and declaration, none of the named defendants identified in paragraph 2 above has filed an answer, demurrer, motion to strike, notice of appearance, or other written responsive pleading, and Plaintiff seeks entry of default and court judgment against those named defendants. The Doe defendants are being separately dismissed and are not included in this default packet.

25. The summons and complaint mailings were delivered to prison authorities for deposit in the United States mail on February 5, 2026. Although the filed proof of service mistakenly listed the service-date line as 1/5/26, Plaintiff corrects that clerical error in this declaration and supports the correct 2/5/2026 date with the officer-signed envelope materials and institutional legal-mail records.

26. Plaintiff submits this declaration in support of the request for entry of default and court judgment.

**Relief Requested**

27. Plaintiff seeks entry of default and court judgment against the covered named defendants because they failed to file written responses within the time allowed by law.

28. Plaintiff requests default judgment against each covered named defendant on that defendant's pleaded role and allegations in the First Amended Complaint, as supported by the filed proofs of service, the defendant-specific packet materials, and this declaration.

29. Plaintiff requests declaratory relief against each covered named defendant, specifically a declaration that each such defendant's acts and omissions, as alleged in the First Amended Complaint and supported by the default and prove-up evidence, violated Plaintiff's rights as alleged therein.

30. As to any covered named defendant against whom the Court finds prospective equitable relief proper on this record, Plaintiff requests narrowly tailored injunctive relief consistent with the First Amended Complaint, prohibiting further obtaining, accessing, using, publishing, reposting, displaying, distributing, describing, characterizing, selling, licensing, promoting, or monetizing Plaintiff's protected records, photographs, or other nonpublic materials derived from official or protected sources, as well as any statements, depictions, descriptions, commentary, or materials presented, framed, implied, characterized, sarcastically described, or purported to be based on, drawn from, informed by, or consistent with official records, institutional files, confidential case materials, custodial records, medical or mental-health records, investigative materials, or other protected or nonpublic sources, whether or not a defendant later claims some public, secondary, intermediary, or "Reddit" source. This request is intended to reach not only direct republication of protected material, but also repackaged, laundered, insinuated, or coyly described material presented as though it came from insider, official, or protected sources. Plaintiff further requests that any covered named defendant against whom the Court grants prospective equitable relief be ordered not to delete, destroy, alter, or conceal posts, messages, account records, or copies of protected or purportedly record-derived materials referenced in or related to the conduct alleged in the First Amended Complaint.

31. Plaintiff seeks compensatory damages, including the amounts stated in the defendant-specific CIV-050 forms for general damages where applicable, and punitive and exemplary damages only against those covered named defendants against whom punitive damages were pleaded and

are legally recoverable on this record, in the amounts stated in the defendant-specific CIV-050 forms submitted separately with the packet.

32. Plaintiff does not seek court costs in this default judgment application because Plaintiff is proceeding fee-waived/in forma pauperis and does not claim recoverable court costs in this packet.

33. Plaintiff requests post-judgment interest as allowed by law.

34. Plaintiff respectfully requests that the Clerk enter default against the covered named defendants and that the Court enter default judgment against those defendants on the accompanying proposed judgments.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on: April 1, 2026

p.p. Jamie Osuna BD0868

**EXHIBIT A**

| CDCR | LAST NAME | DATE RECEIVI | DATE MAILEI | TO/FROM | ADDRESS | CITY | STATE | INITIAL |
|---|---|---|---|---|---|---|---|---|
| BD0868 | OSUNA | | 10/1/25 | OFFICE OF APPEALS, CDCR | PO BOX 942883 | SACRAMENTO | CA | KP |
| BD0868 | OSUNA | | 10/2/25 | OFFICE OF APPEALS, CDCR | PO BOX 942883 | SACRAMENTO | CA | KP |
| BD0868 | OSUNA | | 10/2/25 | OFFICE OF APPEALS, CDCR | PO BOX 942883 | SACRAMENTO | CA | KP |
| BD0868 | OSUNA | | 10/6/25 | OFFICE OF APPEALS, CDCR | PO BOX 942883 | SACRAMENTO | CA | KP |
| BD0868 | OSUNA | | 10/6/25 | OFFICE OF APPEALS, CDCR | PO BOX 942883 | SACRAMENTO | CA | KP |
| BD0868 | OSUNA | | 10/6/25 | OFFICE OF APPEALS, CDCR | PO BOX 942883 | SACRAMENTO | CA | KP |
| BD0868 | OSUNA | | 10/8/25 | US DISTRICT COURT EASTERN DISTRICT OF CA | 2500 TULARE ST, RM 1501 | FRESNO | CA | KP |
| BD0868 | OSUNA | | 11/5/25 | US DISTRICT COURT EASTERN DISTRICT OF CA | 2500 TULARE ST, RM 1501 | FRESNO | CA | KP |
| BD0868 | OSUNA | | 12/5/25 | HEADQUATERS HEALTH CARE CORRESPONDENCE & APPEAL BRANCH | PO BOX 588500 | ELK GROVE | CA | JG |
| BD0868 | OSUNA | | 12/5/25 | HEADQUATERS HEALTH CARE CORRESPONDENCE & APPEAL BRANCH | PO BOX 588500 | ELK GROVE | CA | JG |
| BD0868 | OSUNA | | 12/5/25 | OFFICE OF APPEALS, CDCR | PO BOX 942883 | SACRAMENTO | CA | JG |
| BD0868 | OSUNA | | 12/5/25 | OFFICE OF APPEALS, CDCR | PO BOX 942883 | SACRAMENTO | CA | JG |
| BD0868 | OSUNA | | 2/6/26 | DEFENDANT HECTOR FERREL | 2592 OAK SPRING DR. | CHULA VISTA | CA | TH |
| BD0868 | OSUNA | | 2/6/26 | ALLEGATIONS INQUIRY MANAGEMENT SECTION AIMS OFFICE OF LEGAL AFFAIRS | 1515 S. ST. STE 314 SOUTH | SACRAMENTO | CA | TH |
| BD0868 | OSUNA | | 2/6/26 | R. BROOMFIELD IN CARE OF CDCR OFFICE OF LEGAL AFFAIS | 1515 S. ST STE. 314 SOUTH | SACRAMENTO | CA | TH |
| BD0868 | OSUNA | | 2/6/26 | RYAN SILVA IN CARE CDCR OFFICE OF LEGAL AFFAIRS | 1515 S. ST. STE 314 SOUTH | SACRAMENTO | CA | TH |
| BD0868 | OSUNA | | 2/6/26 | ERK BEAM IN CARE OF CDCR OFFICE OF LEGAL AFFAIRS | 1515 S. ST. STE 314 SOUTH | SACRAMENTO | CA | TH |
| BD0868 | OSUNA | | 2/6/26 | GOMEZ IN CARE OF CDCR OFFICE OF LEGAL AFFAIRS | 1515 S. ST. STE 314 SOUTH | SACRAMENTO | CA | TH |
| BD0868 | OSUNA | | 2/6/26 | PENA IN CARE OF CDCR OFFICE OF LEGAL AFFAIRS | 1515 S. ST. STE 314 SOUTH | SACRAMENTO | CA | TH |
| BD0868 | OSUNA | | 2/6/26 | A. GUERRERO IN CARE OF CDCR OFFICE OF LEGAL AFFAIRS | 1515 S. ST. STE 314 SOUTH | SACRAMENTO | CA | TH |
| BD0868 | OSUNA | | 2/6/26 | HECTOR FERREL AND ANGEL ALEX DURAN IN CARE OF CDCR OFFICE OF LEGAL AFFAIRS | 1515 S. ST. STE 314 SOUTH | SACRAMENTO | CA | TH |
| BD0868 | OSUNA | | 2/6/26 | SG.T. HAMILTON IN CARE OF CDCR OFFICE OF LEGAL AFFAIRS | 1515 S. ST. STE 314 SOUTH | SACRAMENTO | CA | TH |
| BD0868 | OSUNA | | 2/6/26 | J. GUTIERREZ IN CAR EOF CDCR OFFICE OF LEAGAL AFFAIRS | 1515 S. ST. STE 314 SOUTH | SACRAMENTO | CA | TH |
| BD0868 | OSUNA | | 2/6/26 | R. ESPIN IN CARE OF CDCR OFFICEOF LEGAL AFFAIRS | 1515 S. ST. STE 314 SOUTH | SACRAMENTO | CA | TH |
| BD0868 | OSUNA | | 2/6/26 | OFFICER AUIGILAR IN CAR OF CDCR OFFICE OF LEGAL AFFAIRS | 1515 S. ST. STE 314 SOUTH | SACRAMENTO | CA | TH |
| BD0868 | OSUNA | | 2/6/26 | ART GUILLEN IN CARE OF CDCR OFFICEOF LEGAL AFFAIRS | 1515 S. ST. STE 314 SOUTH | SACRAMENTO | CA | TH |
| BD0868 | OSUNA | | 2/6/26 | TO STATE OF CALIFORNIA THROUGHT THE OFFICEOF ATTORNEY GENERAL OFFICEOF THE A | 1300 I ST. STE 125 | SACRAMENTO | CA | TH |
| BD0868 | OSUNA | | 2/6/26 | CRECENT CAVANAUGH IN CARE OF CDCR OFFICE OF LEGAL AFFAIRS | 1515 S. ST. STE 314 SOUTH | SACRAMENTO | CA | TH |
| BD0868 | OSUNA | | 2/6/26 | CDCR OFFICE OF THE ATTRONEY GENERAL CORRECTIONAL LAW SECTION | 1300 I ST. STE 125 | SACRAMENTO | CA | TH |
| BD0868 | OSUNA | | 2/6/26 | SARAH GATES IN CAR EOF CDCR OFFICEOF LEGAL AFFAIRS | 1515 S. ST. STE 314 SOUTH | SACRAMENTO | CA | TH |
| BD0868 | OSUNA | | 2/6/26 | OFFICEOF INTERNAL AFFAIRS IN CARE OF OFFICE OF LEGAL AFFAIRS | 1515 S. ST. STE 314 SOUTH | SACRAMENTO | CA | TH |
| BD0868 | OSUNA | | 2/11/26 | SACRAMENTO SUPERIOR COURT | 720 9TH ST. | SACRAMENTO | CA | TH |
| BD0868 | OSUNA | | 2/13/26 | OFFICE OF APPEALS DEPT. OF CORRECTIONS AND REHAB. | P.O. BOX 942883 | SACRAMENTO | CA | TH |
| BD0868 | OSUNA | | 2/13/26 | OFFICE OF APPEALS DEPT. OF CORRECTIONS AND REHAB. | P.O. BOX 942883 | SACRAMENTO | CA | TH |
| BD0868 | OSUNA | | 2/18/26 | CLERK OF THE COURT RM 1501 UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CAI | 2500 TULARE ST. | FRESNO | CA | TH |
| BD0868 | OSUNA | | 2/25/26 | HEAQUARTERS OFFICE OF APPEALS DEPT. OF CORRECTIONS AND REHAB. | P.O. BOX 942883 | SACRAMENTO | CA | TH |
| BD0868 | OSUNA | | 2/27/26 | CLERK OF THE COURT UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA | 2500 TULARE ST. STE 1501 | FRESNO | CA | TH |

## LEGAL MAIL ACCOUNTABILITY LOG

| CDC # | NAME | HOUSING | SENDERS INFO | I/P SIGNATURE | DATE |
|---|---|---|---|---|---|
| BD0868 | OSUNA | 4A-1L-044 | CDCR OFFICE OF LEGAL AFFAIRS PENA | [signature] 3/16/26 | 3/13/2026 |
| BD0868 | OSUNA | 4A-1L-044 | CDCR OFFICE OF LEGAL AFFAIRS CRESCENT CAVANAUGH | [signature] 3/16/26 | 3/13/2026 |
| BD0868 | OSUNA | 4A-1L-044 | CDCR OFFICE OF LEGAL AFFAIRS OFFICER AGUILERA | [signature] 3/16/26 | 3/13/2026 |
| BD0868 | OSUNA | 4A-1L-044 | CDCR OFFICE OF LEGAL AFFAIRS ART GUILLEN | [signature] 3/16/26 | 3/13/2026 |
| BD0868 | OSUNA | 4A-1L-044 | CDCR OFFICE OF LEGAL AFFAIRS RYAN SILVA | [signature] 3/16/26 | 3/13/2026 |
| BD0868 | OSUNA | 4A-1L-044 | CDCR OFFICE OF LEGAL AFFAIRS SARAH GATES | [signature] 3/16/26 | 3/13/2026 |
| BD0868 | OSUNA | 4A-1L-044 | CDCR OFFICE OF LEGAL AFFAIRS S.G.T. HAMILTON | [signature] 3/16/26 | 3/13/2026 |
| BD0868 | OSUNA | 4A-1L-044 | CDCR OFFICE OF LEGAL AFFAIRS ERIK BEAM | [signature] 3/16/26 | 3/13/2026 |
| BD0868 | OSUNA | 4A-1L-044 | CDCR OFFICE OF LEGAL AFFAIRS GOMEZ | [signature] 3/16/26 | 3/13/2026 |
| BD0868 | OSUNA | 4A-1L-044 | FOR ALLEGATION INQUITY MANAGEMENT OFFICE OF LEGAL AFFAIRS | [signature] 3/16/26 | 3/13/2026 |
| BD0868 | OSUNA | 4A-1L-044 | CDCR OFFICE OF LEGAL AFFAIRS J. GUTIERREZ | [signature] 3/16/26 | 3/13/2026 |
| BD0868 | OSUNA | 4A-1L-044 | CDCR OFFICE OF LEGAL AFFAIRS R. ESPIN | [signature] 3/16/26 | 3/13/2026 |
| BD0868 | OSUNA | 4A-1L-044 | CDCR OFFICE OF LEGAL AFFAIRS R. BROOMFIELD | [signature] 3/16/26 | 3/13/2026 |
| BD0868 | OSUNA | 4A-1L-044 | CDCR OFFICE OF LEGAL AFFAIRS A. GUERRERO | [signature] 3/16/26 | 3/13/2026 |
| BD0868 | OSUNA | 4A-1L-044 | CDCR OFFICE OF LEGAL AFFAIRS HECTOR FERREL AND ANGEL ALEX DURAN | [signature] 3/16/26 | 3/13/2026 |
| BD0868 | OSUNA | 4A-1L-044 | OFFICE OF INTERNAL AFFAIRS IN CARE OF OFFICE OF LEGAL AFFAIRS | [signature] 3/16/26 | 3/13/2026 |

**ATTENTION ISSUING STAFF**

- IF I/P REFUSES LEGAL MAIL, ISSUING OFFICER **MUST COMPLETE AND ATTACH 128** AND RETURN WITH THE LEGAL MAIL TO THE MAILROOM.
- ISSUING OFFICER, PLEASE INDITCATE IF I/P IS OUT TO COURT, OUT TO MEDICAL OR DIFFERENT INSTITUTION IN SIGNATURE COLUMN.

**PRINT NAME:** L Sanchez **SIGNATURE & BADGE NUMBER:** [signature] 90553 **DATE:** 3/16/26

**EXHIBIT B**


-R-T-S- 958114108-1N C09 03/05/26
RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER
Jamie Osuna #BD0868
4A-1L-#44L
CSP-CORCORAN
P.O.BOX:3476
CORCORAN, CA 93212
For Allegation Inquiry management section (AIMS)
Through;
OFFICE OF LEGAL AFFAIRS
1515 S. Street, Suite 314 South
Sacramento, CA 95811
*confidential legal mail*


02-05-20
RECEIVED
REDATE


Jamie Osuna #BD0868
4A-1L-#44L
CSP/CORCORAN
P.O.BOX:3476
CORCORAN, CA 93212
Art Guillen In Care Of
lifornia Department Of Corrections & Rehabilitation
ice Of Legal Affairs
5 S. Street, Suite 314 South
ramento, CA 95811
-R-T-S- 958114108-1N
RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER
*confidential legal mail*


99086
02·05·2026
RECEIVED
REDATE


Office Of Legal Affairs
1515 S Street Suite 314 South
Sacramento, CA 95811


#99086
02·05

**EXHIBIT C**


wisenuts_podcast and correctionsunlocked
Original audio
wisenuts_podcast You might wanan skip this video... #reels #story #prison
15m
CDC# BD0868 Date 05/24/2017
HE'S SHOWERING


correctionsunlocked 6m
I GOT AN INMATE
SUING ME
FOR 200000
PLUS 3 HUNDRED50,
000

**EXHIBIT D**


FILED A LAWSUIT
hectorbravohq
Original audio
hectorbravohq When I become secretary I am firing all you cowards. Go work at Target instead.
25m
hectorbravohq Have you CO's realized you should have never signed up for the job you're not built for? Keep watching IG reels though....
19m 2 likes Reply
[redacted]


BRINGS IT F******
hectorbravohq
Original audio
hectorbravohq When I become secretary I am firing all you cowards. Go work at Target instead.
25m
hectorbravohq Have you CO's realized you should have never signed up for the job you're not built for? Keep watching IG reels though....
19m 2 likes Reply
[redacted]

**EXHIBIT E**


CABEZA
MATCH
UFC
OSUNA
4'8"
BRAVO
5' 11"
hectorbravohq
Corcoran State Prison
hectorbravohq WTF, you mean Cabeza Match?
42s
hectorbravohq One day I hope to wake up and realize this was all just a bad dream
18s Reply
1 like
42 seconds ago


hectorbravohq 1m
Sam Tinnesz · Legends Are Made
IS SUING HIM
IS SUING HIM
SHOULD YOU JOIN CDCR?
@hectorbravohq
Reply to hectorbravohq...

# EXHIBIT F





hectorbravohq

hectorbravohq We need MEN in this world. Not pretend toughness.
2h

[redacted]

1h Reply

hectorbravohq @[redacted]7 That vato CDW Art Guillen is my Co-Defendant in our Osuna Lawsuit. That foo better keep it solid and not break
1h 2 likes Reply

[redacted]


hectorbravohq @[redacted]That vato CDW Art Guillen is my Co-Defendant in our Osuna Lawsuit. That foo better keep it solid and not break

1h 2 likes Reply

# EXHIBIT G



hectorbravohq
Original audio

[redacted] Back in the day, That letter wouldn't have made it out of the control booth. 🚽 😂 😂
4m 1 like Reply

hectorbravohq [redacted] EXACTLY
1m Reply

—— Hide replies

[redacted]

[redacted] Back in the day, That letter wouldn't have made it out of the control booth. 🚽 😂 😂
4m 1 like Reply

hectorbravohq [redacted] EXACTLY
1m Reply

—— Hide replies

# EXHIBIT E

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF SACRAMENTO | Court Use Only |
|---|---|
| COURTHOUSE ADDRESS:<br>Tani G. Cantil-Sakauye Courthouse<br>500 G Street, Sacramento, CA 95814 | |
| PLAINTIFF(S):<br>Jamie Isuna CDCR BD0868 | |
| DEFENDANT(S)<br>Angel Alex Duran et al | |
| **NOTICE OF REJECTION – DEFAULT/JUDGMENT** | CASE NUMBER<br>25CV017927 |

**Your Request for Entry of Default and/or Judgment, Judicial Council form CIV-100, submitted on 04/07/2026 is rejected for the following reason(s):**

Angel Alex Duran

*Other - There is no proof of service of summons and amended complaint serving the defendant listen on 1c of the CIV-100 on file with the court.

State of California

*Other - There is no proof of service of summons and amended complaint serving the defendant listen on 1c of the CIV-100 on file with the court.

California Department of Corrections and Rehabilitation (CDCR)

*Other - There is no proof of service of summons and amended complaint serving the defendant listen on 1c of the CIV-100 on file with the court.

Office of Internal Affairs (OIA)

*Other - There is no proof of service of summons and amended complaint serving the defendant listen on 1c of the CIV-100 on file with the court.

Tammy Campbell

*Other - There is no proof of service of summons and amended complaint serving the defendant listen on 1c of the CIV-

Dated: 05/27/2026 By:

/s/ L. Stewart
L. Stewart, Deputy Clerk

100 on file with the court.

R. Broomfield

*Other - There is no proof of service of summons and amended complaint serving the defendant listen on 1c of the CIV-100 on file with the court.

Sarah Gates

*Other - There is no proof of service of summons and amended complaint serving the defendant listen on 1c of the CIV-100 on file with the court.

Hector Ferrel

*Other - There is no proof of service of summons and amended complaint serving the defendant listen on 1c of the CIV-100 on file with the court.

Crescent Cavanaugh

*Other - There is no proof of service of summons and amended complaint serving the defendant listen on 1c of the CIV-100 on file with the court.

Erik Beam

*Other - There is no proof of service of summons and amended complaint serving the defendant listen on 1c of the CIV-100 on file with the court.

R. Espin

*Other - There is no proof of service of summons and amended complaint serving the defendant listen on 1c of the CIV-100 on file with the court.

Sgt. Hamilton

*Other - There is no proof of service of summons and amended complaint serving the defendant listen on 1c of the CIV-100 on file with the court.

Dated: 05/27/2026 By:

/s/ L. Stewart
L. Stewart, Deputy Clerk

Officer Gomez

*Other - There is no proof of service of summons and amended complaint serving the defendant listen on 1c of the CIV-100 on file with the court.

Pena

*Other - There is no proof of service of summons and amended complaint serving the defendant listen on 1c of the CIV-100 on file with the court.

J. Gutierrez

*Other - There is no proof of service of summons and amended complaint serving the defendant listen on 1c of the CIV-100 on file with the court.

A. Guerrero

*Other - There is no proof of service of summons and amended complaint serving the defendant listen on 1c of the CIV-100 on file with the court.

Item 5 on the CIV-100 is incomplete. Is or is not must be marked for a, b, and c.

Officer Aguilar

*Other - There is no proof of service of summons and amended complaint serving the defendant listen on 1c of the CIV-100 on file with the court.

Allegation Inquiry Management Section (AIMS)

*Other - There is no proof of service of summons and amended complaint serving the defendant listen on 1c of the CIV-100 on file with the court.

Ryan Silva

*Other - There is no proof of service of summons and amended complaint serving the defendant listen on 1c of the CIV-100 on file with the court.

Art Guillen

Dated: 05/27/2026 By:

/s/ L. Stewart
L. Stewart, Deputy Clerk

*Other - There is no proof of service of summons and amended complaint serving the defendant listen on 1c of the CIV-100 on file with the court.

Please return:

- a new Request for Entry of Default and/or Judgment form.
- additional document(s) required to process your request.
- a copy of this rejection notice.

Dated: 05/27/2026 By:

/s/ L. Stewart
L. Stewart, Deputy Clerk

| | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA COUNTY OF SACRAMENTO** | Reserved for Clerk's File Stamp |
| COURTHOUSE ADDRESS:<br>Tani G. Cantil-Sakauye Courthouse<br>500 G Street, Sacramento, CA 95814 | |
| PLAINTIFF/PETITIONER:<br>Jamie Isuna CDCR BD0868 | |
| DEFENDANT/RESPONDENT:<br>Angel Alex Duran et al | |
| **CERTIFICATE OF MAILING** | CASE NUMBER:<br>25CV017927 |

**I, the below-named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Notice of Rejection - Request for Default/Judgment upon each party or counsel named below by placing the document for collection and mailing so as to cause it to be deposited in the United States mail at the courthouse in Sacramento, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid, in accordance with standard court practices.**

Jamie Isuna CDCR BD0868
CSP-COR
PO Box 8800
Corcoran, CA 93212

Dated: 05/27/2026 By:

/s/ L. Stewart
L. Stewart, Deputy Clerk

# EXHIBIT F

CIV-100

| ATTORNEY OR PARTY WITHOUT ATTORNEY: STATE BAR NO: | FOR COURT USE ONLY |
|---|---|
| NAME: Jamie Osuna (CDCR No. BD0868)<br>FIRM NAME:<br>STREET ADDRESS: CSP-COR, P.O. Box 8800<br>CITY: Corcoran STATE: CA ZIP CODE: 93212<br>TELEPHONE NO.: FAX NO.:<br>E-MAIL ADDRESS:<br>ATTORNEY FOR (*name*): Plaintiff, in propria persona | **FILED**<br>Superior Court of California<br>County of Sacramento<br>06/25/2026<br>L. Stewart, Deputy |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Sacramento<br>STREET ADDRESS: 500 G Street<br>MAILING ADDRESS: 500 G Street<br>CITY AND ZIP CODE: Sacramento, CA 95814<br>BRANCH NAME: Tani G. Cantil-Sakauye Courthouse | |
| Plaintiff/Petitioner: Jamie Osuna<br>Defendant/Respondent: Angel Alex Duran, et al. | |
| **REQUEST FOR (Application)** [X] **Entry of Default** [ ] **Clerk's Judgment** [ ] **Court Judgment** | CASE NUMBER:<br>25CV017927 |

**Not for use in actions under the Fair Debt Buying Practices Act (Civ. Code, § 1788.50 et seq.)**; (see form CIV-105)

1. TO THE CLERK: On the complaint or cross-complaint filed
   a. on *(date)*: 01/16/2026
   b. by *(name)*: Jamie Osuna
   c. [X] Enter default of defendant *(names)*:
      **Angel Alex Duran**
   d. [ ] I request a court judgment under Code of Civil Procedure sections 585(b), 585(c), 989, etc., against defendant *(names)*:
      *(Testimony required. Apply to the clerk for a hearing date, unless the court will enter a judgment on an affidavit under Code Civ. Proc., § 585(d).)*
   e. [ ] Enter clerk's judgment
      (1) [ ] for restitution of the premises only and issue a writ of execution on the judgment. Code of Civil Procedure section 1174(c) does not apply. (Code Civ. Proc., § 1169.)
         [ ] Include in the judgment all tenants, subtenants, named claimants, and other occupants of the premises. The *Prejudgment Claim of Right to Possession* was served in compliance with Code of Civil Procedure section 415.46.
      (2) [ ] under Code of Civil Procedure section 585(a). *(Complete the declaration under Code Civ. Proc., § 585.5 on the reverse (item 5).)*
      (3) [ ] for default previously entered on *(date)*:

2. **Judgment to be entered.**

| | Amount | Credits acknowledged | Balance |
|---|---|---|---|
| a. Demand of complaint | $ | $ | $ |
| b. Statement of damages* | | | |
| (1) Special | $ | $ | $ |
| (2) General | $ | $ | $ |
| c. Interest | $ | $ | $ |
| d. Costs *(see reverse)* | $ | $ | $ |
| e. Attorney fees | $ | $ | $ |
| f. **TOTALS** | $ | $ | $ |

   g. **Daily damages** were demanded in complaint at the rate of: $ per day beginning *(date)*:

*(* Personal injury or wrongful death actions; Code Civ. Proc., § 425.11.)*

3. [ ] *(Check if filed in an unlawful detainer case.)* **Legal document assistant or unlawful detainer assistant** information is on the reverse *(complete item 4)*.

Date: 06/23/2026

p.p. Jamie Osuna BD0868 ▶ [signature]

(TYPE OR PRINT NAME) (SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

| | |
|---|---|
| **FOR COURT USE ONLY** | (1) [ ] Default entered as requested on *(date)*:<br>(2) [✓] Default NOT entered as requested *(state reason)*: See rejection<br>Clerk, by /s/ L. Stewart, Deputy |



Form Adopted for Mandatory Use
Judicial Council of California
CIV-100 [Rev. January 1, 2023]

**REQUEST FOR ENTRY OF DEFAULT**
**(Application to Enter Default)**

Code of Civil Procedure, §§ 585–587, 1169
www.courts.ca.gov

| Plaintiff/Petitioner: Jamie Osuna<br>Defendant/Respondent: Angel Alex Duran, et al. | CASE NUMBER:<br>25CV017927 |
|---|---|

4. **Legal document assistant or unlawful detainer assistant (Bus. & Prof. Code, § 6400 et seq.).** A legal document assistant or unlawful detainer assistant ☐ did ☒ did **not** for compensation give advice or assistance with this form. If declarant has received **any** help or advice for pay from a legal document assistant or unlawful detainer assistant, state:
   a. Assistant's name:
   b. Street address, city, and zip code:
   c. Telephone no.:
   d. County of registration:
   e. Registration no.:
   f. Expires on *(date)*:

5. ☒ **Declaration under Code Civ. Proc., § 585.5** *(for entry of default under Code Civ. Proc., § 585(a))*. This action
   a. ☐ is ☒ is not on a contract or installment sale for goods or services subject to Civ. Code, § 1801 et seq. (Unruh Act).
   b. ☐ is ☒ is not on a conditional sales contract subject to Civ. Code, § 2981 et seq. (Rees-Levering Motor Vehicle Sales and Finance Act).
   c. ☐ is ☒ is not on an obligation for goods, services, loans, or extensions of credit subject to Code Civ. Proc., § 395(b).

6. **Declaration of mailing (Code Civ. Proc., § 587).** A copy of this *Request for Entry of Default* was
   a. ☐ **not mailed** to the following defendants, whose addresses are unknown to plaintiff or plaintiff's attorney *(names)*:
   b. ☒ **mailed** first-class, postage prepaid, in a sealed envelope addressed to each defendant's attorney of record or, if none, to each defendant's last known address as follows:
      (1) Mailed on *(date)*: 6/24/26
      (2) To *(specify names and addresses shown on the envelopes)*:
      Angel Alex Duran
      3936 West Clinton Ave.
      Visalia, CA 93291

I declare under penalty of perjury under the laws of the State of California that the foregoing items 4, 5, and 6 are true and correct.

Date:

Martin Walsick
(TYPE OR PRINT NAME)

▶ [signature]
(SIGNATURE OF DECLARANT)

7. **Memorandum of costs** *(required if money judgment requested)*. Costs and disbursements are as follows (Code Civ. Proc., § 1033.5):
   a. Clerk's filing fees .................... $
   b. Process server's fees .................. $
   c. Other *(specify)*: $
   d. $
   e. **TOTAL** ............................ $ ________
   f. ☐ Costs and disbursements are waived.
   g. I am the attorney, agent, or party who claims these costs. To the best of my knowledge and belief this memorandum of costs is correct and these costs were necessarily incurred in this case.

I declare under penalty of perjury under the laws of the State of California that the foregoing item 7 is true and correct.

Date:

(TYPE OR PRINT NAME)

▶
(SIGNATURE OF DECLARANT)



**REQUEST FOR ENTRY OF DEFAULT**
**(Application to Enter Default)**

| Plaintiff/Petitioner: Jamie Osuna<br>Defendant/Respondent: Angel Alex Duran, et al. | CASE NUMBER:<br>25CV017927 |
|---|---|

8. **Declaration of nonmilitary status** *(required for a judgment).*
No defendant/respondent named in item 1c is in the military service of the United States as defined by either the Servicemembers Civil Relief Act (see 50 U.S.C. § 3911(2)) or California Military and Veterans Code sections 400 and 402(f).

I know that no defendant/respondent named in item 1c is in the U.S. military service because *(check all that apply)*:

a. ☐ the search results that I received from say the defendant/respondent is not in the U.S. military service.

b. ☐ I am in regular communication with the defendant/respondent and know that they are not in the U.S. military service.

c. ☐ I recently contacted the defendant/respondent, and they told me that they are not in the U.S. military service.

d. ☐ I know that the defendant/respondent was discharged from U.S. military service on or about *(date):*

e. ☐ the defendant/respondent is not eligible to serve in the U.S. military because they are:
☐ incarcerated ☐ a business entity

f. ☐ other *(specify):*

**Note**
- U.S. military status can be checked online at *https://scra.dmdc.osd.mil/*.
- If the defendant/respondent is in the military service, or their military status is unknown, the defendant/respondent is entitled to certain rights and protections under federal and state law before a default judgment can be entered.
- For more information, see *https://selfhelp.courts.ca.gov/military-defaults*.

I declare under penalty of perjury under the laws of the State of California that the foregoing item 8 is true and correct.

Date:

(TYPE OR PRINT NAME) ▶ (SIGNATURE OF DECLARANT)



**For your protection and privacy, please press the Clear button after you have printed the form.**

# EXHIBIT G

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF SACRAMENTO | Court Use Only |
|---|---|
| COURTHOUSE ADDRESS:<br>Tani G. Cantil-Sakauye Courthouse<br>500 G Street, Sacramento, CA 95814 | |
| PLAINTIFF(S):<br>Jamie Isuna CDCR BD0868 | |
| DEFENDANT(S)<br>Angel Alex Duran et al | |
| **NOTICE OF REJECTION – DEFAULT/JUDGMENT** | CASE NUMBER<br>25CV017927 |

**Your Request for Entry of Default and/or Judgment, Judicial Council form CIV-100, submitted on 06/25/2026 is rejected for the following reason(s):**

Angel Alex Duran

*Other - No proof of service serving 1st amended complaint for Angel Alex Duran.

Please return:

- a new Request for Entry of Default and/or Judgment form.
- additional document(s) required to process your request.
- a copy of this rejection notice.

Dated: 09/30/2026 By: /s/ L. Stewart

L. Stewart, Deputy Clerk

| SUPERIOR COURT OF CALIFORNIA COUNTY OF SACRAMENTO | Reserved for Clerk's File Stamp |
| --- | --- |
| COURTHOUSE ADDRESS: Tani G. Cantil-Sakauye Courthouse 500 G Street, Sacramento, CA 95814 | |
| PLAINTIFF/PETITIONER: Jamie Isuna CDCR BD0868 | |
| DEFENDANT/RESPONDENT: Angel Alex Duran et al | |
| **CERTIFICATE OF MAILING** | CASE NUMBER: 25CV017927 |

**I, the below-named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Notice of Rejection - Request for Default/Judgment upon each party or counsel named below by placing the document for collection and mailing so as to cause it to be deposited in the United States mail at the courthouse in Sacramento, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid, in accordance with standard court practices.**

Jamie Isuna CDCR BD0868
CSP-COR
PO Box 8800
Corcoran, CA 93212

Dated: 09/30/2026 By:

/s/ L. Stewart
L. Stewart, Deputy Clerk