ROB BONTA, State Bar No. 202668
Attorney General of California
SEAN W. LODHOLZ, State Bar No. 299096
Supervising Deputy Attorney General
ERICK J. RHOAN, State Bar No. 283588
Deputy Attorney General
2550 Mariposa Mall, Room 5090
Fresno, CA 93721-2271
Telephone: (559) 705-2359
Fax: (916) 731-3641
E-mail: Erick.Rhoan@doj.ca.gov
*Attorneys for Defendants Broomfield, Cavanaugh, Duran, Espino, Ferrel, Gates, Guillen, Pena, Silva, and the California Department of Corrections and Rehabilitation (also erroneously sued as the Allegation Inquiry Management Section, Office of Internal Affairs, and State of California)*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **Jamie Osuna,**<br><br>Plaintiff,<br><br>**v.**<br><br>**CDCR, et al.,**<br><br>Defendants. | 2:26-cv-03023-DAD-CSK<br><br>**DECLARATION OF A. DURAN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO REMAND**<br><br>Judge: The Honorable Chi Soo Kim<br>Trial Date: TBD<br>Action Filed: January 16, 2026 |

I, A. Duran, declare:

1. I was an employee of the California Department of Corrections and Rehabilitation (CDCR) until my resignation in November 2024. Before I resigned, I was a Correctional Lieutenant at the California State Prison, Corcoran, located in Corcoran, California. I am currently a private investigator and licensed firearms instructor.

2. I have reviewed the proof of personal service alleging that I was personally served at 3936 W. Clinton Ave., Visalia, CA 93291, on May 21, 2026 at 12:52 p.m., which was carried out by the Tulare County Sheriff's Department. The proof of service also shows that I may have

been served at the Tulare County Sheriff Civil Unit at 221 S. Mooney Blvd., Room 102, Visalia, CA 93291.

3. I was not personally served with a summons and complaint in this action, *Osuna v. CDCR, et al.*, Sacramento County Superior Court Case No. 25CV017927 (now removed to federal court under the current case number), on the date shown on the proof of service. Nor was I personally served at either the Clinton Avenue or Mooney Boulevard addresses.

4. On May 21, 2026, I was handling the processing and submission of my Bureau of Security and Investigative Services firearms instructor licensing application, including going to the bank, filing the required paperwork, and completing a LiveScan fingerprinting in person.

5. On an unknown date, I came home to find a notice on my door from the Tulare County Sheriff's Department informing me that they attempted service there. I called the number on the notice and later went to the Sheriff's Department to pick up a copy of the summons and complaint.

6. Previously, sometime in February or March 2026, I received a copy of Plaintiff's Case Management Conference Statement and Statement of Damages for this case via mail. Also, sometime in June or July 2026, I received a copy of Plaintiff's Request for Entry of Default via mail. However, to my recollection, I have never received a copy of the Summons and First Amended Complaint via mail.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

This declaration was executed on October 1st, 2026 at Visalia, California.

A. Duran

SA2026401604
95747860