ROB BONTA, State Bar No. 202668
Attorney General of California
SEAN W. LODHOLZ, State Bar No. 299096
Supervising Deputy Attorney General
ERICK J. RHOAN, State Bar No. 283588
Deputy Attorney General
2550 Mariposa Mall, Room 5090
Fresno, CA 93721-2271
Telephone: (559) 705-2359
Fax: (916) 731-3641
E-mail: Erick.Rhoan@doj.ca.gov
*Attorneys for Defendants Broomfield, Cavanaugh, Duran, Espino, Ferrel, Gates, Guillen, Pena, Silva, and the California Department of Corrections and Rehabilitation (also erroneously sued as the Allegation Inquiry Management Section, Office of Internal Affairs, and State of California)*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **Jamie Osuna,**<br><br>Plaintiff,<br><br>**v.**<br><br>**CDCR, et al.,**<br><br>Defendants. | *2:26-cv-03023-DAD-CSK*<br><br>**DECLARATION OF H. FERREL IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO REMAND**<br><br>*Judge:* *The Honorable Chi Soo Kim*<br>Trial Date: TBD<br>Action Filed: January 16, 2026 |

I, H. Ferrel, declare:

1. I was an employee of the California Department of Corrections and Rehabilitation (CDCR) until my resignation in December 2022. Before I resigned, I was a Correctional Lieutenant at the R.J. Donovan State Prison, located in San Diego, California.

2. *I have reviewed the proof of personal service alleging that I was personally served* at 500 Third Avenue, Suite 140, Chula Vista, CA 91910, on May 8, 2026 at 9:34 a.m., which was carried out by the San Diego County Sheriff's Department.

///

3. I was not personally served with a summons and complaint in this action, *Osuna v. CDCR, et al.*, Sacramento County Superior Court Case No. 25CV017927 (now removed to federal court under the current case number), on the date shown on the proof of service. Nor was I personally served at the Third Avenue address.

4. On a date and time I do not recall, the San Diego County Sheriff's Department service deputies personally served my ex-wife at my former residence with the summons and complaint in this case. I moved out of that residence in August 2025 and I petitioned for divorce on February 27, 2026. She later contacted me and told me that sheriff deputy left a note for me to come down to the sheriff's office to pick up the court papers. My ex-wife was not authorized to accept service on my behalf.

5. The next day, I went to the San Diego County Sheriff's Department located within the San Diego County Superior Court. When I arrived there, I received the summons and complaint for this lawsuit.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

This declaration was executed on October _1_, 2026, at _Chula Vista_, California

H. FERREL

SA2026401604
95747862