cROB BONTA, State Bar No. 202668
Attorney General of California
SEAN W. LODHOLZ, State Bar No. 299096
Supervising Deputy Attorney General
ERICK J. RHOAN, State Bar No. 283588
Deputy Attorney General
2550 Mariposa Mall, Room 5090
Fresno, CA 93721-2271
Telephone: (559) 705-2359
Fax: (916) 731-3641
E-mail: Erick.Rhoan@doj.ca.gov
*Attorneys for Defendants Broomfield, Cavanaugh, Duran, Espino, Ferrel, Gates, Guillen, Pena, Silva, and the California Department of Corrections and Rehabilitation (also erroneously sued as the Allegation Inquiry Management Section, Office of Internal Affairs, and State of California)*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **JAMIE OSUNA,**<br>Plaintiff,<br>**v.**<br>**CDCR, et al.,**<br>Defendants. | 2:26-cv-03023-DAD-CSK<br>**DEFENDANT DURAN'S NOTICE OF JOINDER AND CONSENT FOR REMOVAL**<br>Judge: The Honorable Chi Soo Kim<br>Trial Date: TBD<br>Action Filed: January 16, 2026 |

**PLEASE TAKE NOTICE** that Defendant Duran hereby joins in and fully adopts the arguments made in Defendants Broomfield, Cavanaugh, Espino, Gates, Guillen, Pena, Silva, and the California Department of Correction and Rehabilitation's Notice of Removal, filed on September 3, 2026. (ECF No. 1.)

/ / /

/ / /

/ / /

/ / /

**PLEASE TAKE FURTHER NOTICE** that Defendant Duran consents to the removal of this case from the Sacramento County Superior Court to the Eastern District of California.

Dated: October 2, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
SEAN W. LODHOLZ
Supervising Deputy Attorney General

***/s/ Erick J. Rhoan***
ERICK J. RHOAN
Deputy Attorney General
*Attorneys for Defendants Broomfield, Cavanaugh, Duran, Espino, Ferrel, Gates, Guillen, Pena, Silva, and the California Department of Corrections and Rehabilitation (also erroneously sued as the Allegation Inquiry Management Section, Office of Internal Affairs, and State of California)*

SA2026401604
95747864