# CERTIFICATE OF SERVICE

Case Name: **Jamie Osuna (BD0868) v. Duran et al.** No. **2:26-cv-03023-DAD-CSK**

I hereby certify that on October 2, 2026, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO REMAND**
- **DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION TO REMAND**
- **DECLARATION OF H. FERREL IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO REMAND**
- **DECLARATION OF A. DURAN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO REMAND**
- **DEFENDANT FERREL'S NOTICE OF JOINDER AND CONSENT FOR REMOVAL**
- **DEFENDANT DURAN'S NOTICE OF JOINDER AND CONSENT FOR REMOVAL**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on October 2, 2026, at Sacramento, California.

| | |
|---|---|
| L. Langlois | ***/s/ L. Langlois*** |
| Declarant for eFiling | Signature |

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On October 2, 2026, the foregoing document(s) have been mailed in the Office of the Attorney General's internal mail system, by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Jamie Osuna
CDCR #: BD0868
California State Prison - Corcoran
P.O. Box 3461
Corcoran, CA 93212
*In Pro Per*

I further certify that I served the following on Plaintiff:

- **UNPUBLISHED OPINION:**
    - ***Gray v. Alvarez, et al.,*** **Case No. 2:24-cv-2401-DJC-CSK P, 2025 WL 1936938 (E.D. Cal. 2025)**

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on October 2, 2026, at Sacramento, California.

| R. Busuego | ***/s/ R. Busuego*** |
|---|---|
| Declarant for Service by U.S. Mail | Signature |

SA2026401604
45352085